AO 91 (Rev 8/81) - Criminal Complaint
Case 7:19-cr-02497 Document 1 Filed on 11/28/19 in TXSD Page 1 of 2
United States District Court
Southern District Of Texas
FILED
NOV 28 2019
David J. Bradley, Clerk

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Miguel Angel Sanchez-Hernandez
YOB: 1966
Mexico

## CRIMINAL COMPLAINT

Case Number:

**M-19- 2919 -M**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 26, 2019** in **Hidalgo** County, in the Southern District of Texas defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Miguel Sebastian-Sebastian, a citizen and national of Guatemala, a total of one (1), who had entered the United States in violation of law, did knowingly transport, or move or attempted to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas to the point of arrest near Mission, Texas, by means of a motor vehicle,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)    FELONY**

I further state that I am a **U.S. Border Patrol Agent** and that this complaint is based on the following facts:

On November 15, 2019, Border Patrol Agents obtained phone numbers of two suspected alien smugglers. Research revealed that one of the numbers was linked to Miguel Angel Sanchez-Hernandez Sr., a suspected alien smuggler who was illegally present in the United States. Further research revealed Sanchez's address as 1224 W. Harrison Ave Apt. 8 in Mission, Texas.

On November 26, 2019, agents conducted surveillance on Sanchez's apartment and observed Sanchez depart his apartment in a black Ford Fusion. Agents followed Sanchez to a convenience store and subsequently in and out of neighborhoods, causing agents to temporarily lose visual of Sanchez. Once agents located Sanchez, they followed him to a grocery store parking lot where he was observed parking. Agents contacted the Hidalgo County Constable's Office (HCCO) for assistance.

**SEE ATTACHED**

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on November 28, 2019.

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:
@ 9:30AM

/S/ Jon M. Chan
Signature of Complainant

**Jon M. Chan          Border Patrol Agent**
Printed Name of Complainant

**November 28, 2019**              at   **McAllen, Texas**
Date                                        City and State

**Scott J Hacker              , U. S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

### M-19- 2919 -M

**RE:** **Miguel Angel Sanchez-Hernandez**

## CONTINUATION:

Once the deputies arrived, deputies and agents approached the Fusion and identified themselves as law enforcement. The driver identified himself as Miguel Angel Sanchez-Hernandez Sr., a citizen of Mexico, illegally present in the United States. Sanchez admitted to agents that he had just picked up the passenger who was illegally present in the United States. Agents advised Sanchez of his Miranda Rights and placed him under arrest.

Agents approached the passenger, who was identified as Miguel Sebastian-Sebastian, and determined him to be illegally present in the United States.
Both subjects were transported to the Rio Grande Valley Centralized Processing Center (RGV CPC) for processing.

**Principal Sworn Statement:**

Miguel Angel Sanchez-Hernandez, a citizen of Mexico, was advised of his Miranda Rights, stated he understood his Rights, and refused to provide a sworn statement.

**Material Witness Statement:**

Miguel Sebastian-Sebastian, a citizen of Guatemala, was advised of his Miranda Rights, stated he understood his Rights, and agreed to provide a sworn statement.

Sebastian claimed all his smuggling arrangements were made by his father. Sebastian stated he was charged $12,000 to which he has already paid approximately 80 percent of the amount.
Sebastian stated that he illegally entered the United States on November 24, 2019 at approximately 8:00 p.m. near Reynosa, Tamaulipas, Mexico. Once in the United States he was eventually picked up and transported to what he described as a ranch. The following day Sebastian was taken to an alley and was transfer into a Ford sedan. Sebastian stated an old man was driving the vehicle. Once in the vehicle, the old man drove to a store parking lot where they subsequently were encounter by Border Patrol.
Sebastian identified Miguel Angel Sanchez-Hernandez, through a photo lineup as the driver of the vehicle he was transported in.